UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                            ) | Case No. CR04-0051-RSL-JPD |
|              Plaintiff,                            ) | |
|                                                            ) | |
|         v.                                             ) | SUMMARY REPORT OF U.S. |
|                                                            ) | MAGISTRATE JUDGE AS TO |
| NIKKI A. JACKSON,                        ) | ALLEGED VIOLATIONS |
|                                                            ) | OF SUPERVISED RELEASE |
|              Defendant.                         ) | |
| _____ ) | |

   An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 23, 2006. The United States was represented by Assistant United States Attorney Andrew Friedman, and the defendant by Ms. Sally Garratt. The proceedings were recorded on cassette tape

   The defendant had been charged and convicted of Bank Fraud in violation of 18 U.S.C. § 1344. On or about October 22, 2004, defendant was sentenced by the Honorable Robert S. Lasnik to a term of one (1) day in custody, followed by three (3) years of supervised release.

   The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse treatment participation, consenting to search, possession of identification in true legal name only, no new credit without permission, ninety (90) days home confinement with electronic monitoring, financial disclosure, and restitution.

   In a Petition for Warrant or Summons, dated January 25, 2006, U.S. Probation Officer

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

Felix Calvillo, Jr., asserted the following violations by defendant of the conditions of her supervised release:

(1) Failing to submit a written report to the U.S. Probation Office within the first five (5) days of June, July, August, September, October, November, and December of 2005, in violation of standard condition number 2.

(2) Failing to make monthly payments in June, July, August, September, October, November, and December 2005, towards the special penalty assessment and restitution in violation of the general condition of supervised release.

The defendant was advised of her rights, admitted to both violations, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations number 1 and number 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on June 21, 2006, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to continued supervision.

DATED this 28th day of February, 2006.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable Robert S. Lasnik
     AUSA:                  Mr. Andrew Friedman
     Defendant's attorney:  Ms. Sally Garratt
     Probation officer:     Mr. Felix Calvillo, Sr.